IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CLINTON M. TURNER                                                                                      PLAINTIFF

v.                                              Case No. 4:23-cv-04050

JAIL ADMINISTRATOR STEVE OTWELL,
Nevada County Detention Center (NCDC);
LIEUTENANT KAREN GHORMLEY,
NCDC; GUARD ASHLEY CORNELIUS,
NCDC; and DARRELL ELKIN, APRN,
County Facility Healthcare of Arkansas, LLC                                                DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 42. Judge Bryant recommends that Defendant Elkin's Motion for Summary Judgment (ECF No. 27) and Defendants Otwell, Ghormley, and Cornelius' Motion for Summary Judgment (ECF No. 31) be granted in part and denied in part.

No party has filed an objection to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding that there is no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 42) *in toto*. Defendant Elkin's Motion for Summary Judgment (ECF No. 27) is hereby **DENIED**. Defendants Otwell, Ghormley, and Cornelius' Motion for Summary Judgment (ECF No. 31) is hereby **GRANTED IN PART** and **DENIED IN PART**. All claims against Defendant Cornelius are hereby **DISMISSED WITH PREJUDICE**. All claims against Defendants Elkin, Otwell, and Ghormley shall remain.

**IT IS SO ORDERED**, this 25th day of July, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge